**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-4740**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DOUGLAS J. DODSON, JR., a/k/a Becky,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CR-95-73)

───────────────

Submitted: April 29, 1999          Decided: May 5, 1999

───────────────

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

───────────────

Remanded by unpublished per curiam opinion.

───────────────

Andrea C. Long, BOONE, BEALE, COSBY & LONG, Richmond, Virginia, for Appellant. Helen F. Fahey, United States Attorney, Nicholas S. Altimari, Assistant United States Attorney, Richmond, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Douglas J. Dodson, Jr., was convicted of conspiracy to distribute heroin and cocaine, two counts of possession with intent to distribute a controlled substance, and possession of a firearm by a convicted felon. He was sentenced to life in prison for conspiracy, 240 months on each of the possession counts, and 120 months on the firearm count. The 240-month sentences and the 120-month sentence run concurrently with the life sentence. Judgment was imposed on September 21, 1998, and entered on the docket on September 22. Dodson, through his attorney, filed his notice of appeal on October 7, 1998.

In criminal cases, a defendant must file his notice of appeal within ten days of the entry of judgment. See Fed. R. App. P. 4(b)(1), 26(a). Upon a showing of good cause or excusable neglect and with or without a motion, the district court may grant an extension of up to thirty days to file the notice of appeal. See Fed. R. App. P. 4(b)(4); United States v. Reyes, 759 F.2d 351, 353 (4th Cir. 1985). When an appellant files a notice of appeal after expiration of the ten-day period but within the thirty-day extension period, unless excusable neglect or good cause is clear from the record, the district court must make factual findings concerning whether excusable neglect or good cause exists warranting extension of the appeal period. See id.

2

Dodson's notice of appeal was filed after expiration of the ten-day appeal period but within the thirty-day extension period. Accordingly, we remand this case to the district court with instructions to make factual findings concerning whether excusable neglect or good cause exists to justify extending the ten-day appeal period. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. We defer ruling on the motion to file a pro se supplemental brief pending a decision by the district court.

<u>REMANDED</u>